AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Count 1: 5 years mandatory, 20 years maximum imprisonment; $250,000 fine; up to lifetime supervised release; $100 special assessment. Count 2: 10 years imprisonment; $250,000 fine; lifetime supervised release and $100 special assessment

**DEFENDANT - U.S.**

▶ CARLOS D. ARAIZA

**DISTRICT COURT NUMBER**
CR08-0214 CW

FILED
APR - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ANDREW S. HUANG, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

E-filing

---

UNITED STATES OF AMERICA,

V.

CARLOS D. ARAIZA,

CR08-0214    CW

FILED
2008 APR -2 PH 3:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT.

---

## INDICTMENT

18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

---

A true bill.

_____ Foreman

Filed in open court this __2__ day of
APRIL 2008

_____ Clerk

Bail $ No bail arrest warrant.
Wayne D. Brazil  4-2-08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED
2008 APR -2 PM 3:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0214  CW |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography |
| v. | ) | |
| CARLOS D. ARAIZA, | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (Receipt of Child Pornography – 18 U.S.C. § 2252(a)(2))

In or about January 2005, in the Northern District of California, the defendant,

CARLOS D. ARAIZA,

did knowingly receive one or more visual depictions that had been mailed, and shipped and transported in interstate and foreign commerce, by any means including by computer, knowing that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and that such visual depictions were of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(2).

//

INDICTMENT

1  COUNT TWO: (Possession of Child Pornography – 18 U.S.C. § 2252(a)(4)(B))

2      In or about March 2005, in the Northern District of California, the defendant,

3  CARLOS D. ARAIZA,

4  knowingly possessed one or more matters, which contained visual depictions that had been

5  mailed, and shipped and transported in interstate and foreign commerce, by any means including

6  by computer, and which were produced using materials that had been mailed, and shipped and

7  transported in interstate and foreign commerce, knowing that the production of such visual

8  depictions involved the use of a minor engaging in sexually explicit conduct, and that such visual

9  depictions were of such conduct, all in violation of Title 18, United States Code, Section

10  2252(a)(4)(B).

12  DATED:

13  4-2-08

    A TRUE BILL.

    FOREPERSON

16  JOSEPH P. RUSSONIELLO
United States Attorney

18  W. Douglas Sprague
Chief, Oakland Branch

21  (Approved as to form: _____)
    AUSA HUANG

INDICTMENT