1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: andrew.huang@usdoj.gov
8
9  Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12                          OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,    ) No. CR 08-0214 CW
14 |         Plaintiff,           )
                                  ) STIPULATION RE INTRADISTRICT
15 |     v.                       ) TRANSFER PURSUANT TO CRIMINAL
                                  ) LOCAL RULE 18-2, AND [PROPOSED]
16 | CARLOS D. ARAIZA,            ) ORDER
                                  )
17 |         Defendant.           )
                                  )
18

19      The United States, by and through its counsel, Joseph P. Russoniello, United States
20 Attorney for the Northern District of California, and Andrew S. Huang, Assistant United States
21 Attorney, and defendant, by and through his counsel, Charles C. Pierpoint III, hereby agree as
22 follows:
23      The charges in the captioned Indictment pertain to conduct alleged to have occurred in the
24 County of San Mateo. Under Criminal Local Rule 18-1(a), this case should have been properly
25 assigned to a Judge assigned to the San Francisco Courthouse. The parties jointly request that
26 the Court order the Clerk of the Court to transfer this case to the San Francisco Courthouse under
27 Criminal Local Rule 18-2.
28 //

STIPULATION RE INTRADISTRICT TRANSFER PURSUANT TO CRIM. L.R. 18-2, & [PROPOSED] ORDER
No. CR 08-0214 CW

1  This case is presently set for a detention hearing at 10:00 a.m. on April 10, 2008 before
2  the United States Magistrate Judge Wayne D. Brazil in Oakland, California. The parties
3  respectfully request that this hearing remain set for this date before Magistrate Judge Brazil.

5  SO STIPULATED.

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

   4-8-2008
   Date                                       ANDREW S. HUANG
                                              Assistant United States Attorney

11 SO STIPULATED.

   4-8-08
   Date                                       CHARLES C. PIERPOINT III
                                              Counsel for Defendant Carlos D. Araiza

### [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court FINDS that this case should have been properly assigned to a Judge in the San Francisco Courthouse under Criminal Local Rule 18-1(a). The Court hereby ORDERS, pursuant to Criminal Local Rule 18-2, that the Clerk of the Court transfer this case to a Judge in the San Francisco Courthouse.

Notwithstanding this finding and order to transfer this case, the Court further ORDERS that this case shall REMAIN SET for a detention hearing at 10:00 a.m. on April 10, 2008, before United States Magistrate Judge Wayne D. Brazil in Oakland, California.

_____          _____
Date                             Hon. CLAUDIA WILKEN
                                 United States District Court Judge

STIPULATION RE INTRADISTRICT TRANSFER PURSUANT TO CRIM. L.R. 18-2, & [PROPOSED] ORDER
No. CR 08-0214 CW