JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: andrew.huang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0214 CW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION RE INTRADISTRICT TRANSFER PURSUANT TO CRIMINAL LOCAL RULE 18-2, AND ORDER **AS MODIFIED** |
| CARLOS D. ARAIZA, ) | |
|     Defendant. ) | |

The United States, by and through its counsel, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Andrew S. Huang, Assistant United States Attorney, and defendant, by and through his counsel, Charles C. Pierpoint III, hereby agree as follows:

The charges in the captioned Indictment pertain to conduct alleged to have occurred in the County of San Mateo. Under Criminal Local Rule 18-1(a), this case should have been properly assigned to a Judge assigned to the San Francisco Courthouse. The parties jointly request that the Court order the Clerk of the Court to transfer this case to the San Francisco Courthouse under Criminal Local Rule 18-2.

//

This case is presently set for a detention hearing at 10:00 a.m. on April 10, 2008 before the United States Magistrate Judge Wayne D. Brazil in Oakland, California. The parties respectfully request that this hearing remain set for this date before Magistrate Judge Brazil.

**SO STIPULATED.**

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

  4/8/08                                         /s/
Date                                           ANDREW S. HUANG
                                           Assistant United States Attorney

**SO STIPULATED.**

  4/8/08                                         /s/
Date                                           CHARLES C. PIERPOINT III
                                           Counsel for Defendant Carlos D. Araiza

### ORDER

Based on the reasons provided in the stipulation of the parties above, the Court FINDS that this case should have been properly assigned to a Judge in the San Francisco Courthouse under Criminal Local Rule 18-1(a). The Court hereby ORDERS, pursuant to Crimial Local Rule 18-2, that the Clerk of the Court transfer this case to a Judge in the San Francisco Courthouse.

Notwithstanding this finding and order to transfer this case, the Court further ORDERS that this case **may** REMAIN SET for a detention hearing at 10:00 a.m. on April 10, 2008, before United States Magistrate Judge Wayne D. Brazil in Oakland, California, **or Judge Brazil may decide to transfer it to San Francisco.**

  4/8/08                                           *Claudia Wilken* (signature)
Date                                           Hon. CLAUDIA WILKEN
                                           United States District Court Judge

STIPULATION RE INTRADISTRICT TRANSFER PURSUANT TO CRIM. L.R. 18-2, & [PROPOSED] ORDER
No. CR 08-0214 CW