UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),                          No. CR-08-00214-VRW

    v.                                     **CLERK'S NOTICE**

CARLOS D. ARAIZA,

        Defendant(s).

_____/

On April 9, 2008, the above case matter has been reassigned to District Judge Vaughn R. Walker in U.S. District Court, San Francisco pursuant to the Stipulation and Order signed by District Judge Claudia Wilken on April 8, 2008.

**You are hereby notified that** the Detention Hearing of defendant Carlos D. Araiza previously scheduled before Magistrate Judge Wayne D. Brazil on Thursday, April 10, 2008 at 10:00 a.m. has now been rescheduled before Magistrate Judge James Larson on Thursday, April 10, 2008 at 9:30 a.m.

                                                 Richard W. Weiking
                                                 Clerk, U.S. District Court

*Ivy L. Garcia*
_____
                                                 by: Ivy L. Garcia
                                               Courtroom Deputy of
                                               Magistrate Judge Wayne D. Brazil

                                               Dated: April 9, 2008

cc: Parties served by ECF; Sheilah; Pretrial Services; U.S. Marshal