**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0214 VRW |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| CARLOS ARAIZA, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to Court's unavailability, the Status/Trial Setting hearing for the above named defendant has been rescheduled to May 22, 2008 at 2:00 p.m. Please report to Courtroom #6, 17th floor, 450 Golden Gate Avenue, San Francisco, California. Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: April 10, 2008

*Cora Klein*
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

N:\CLKNTC.CRI.wpd