RE: CARLOS ARAIZA
PFN: ULL 977
CR08-0214 VRW

April 15, 2008

Estemeed Judge White,

You are currently presiding over my case in Federal Court in San Francisco.

You asked an important question to the prosecuting attorney and he did not respond, thus supressing vital evidence. He mentioned allegations of misconduct on my part against a female. Then you asked a very good question when you said, "Why didn't the D.A. of S.F. file charges?"

The answer is because I offered to take a lie-detector test in my defense and the investigating officer (a Latina named Aracely ?) agreed to my request. About 2 days later I went to the police station in San Francisco at 17th and Valencia Streets and took an electric lie-detector test that lasted at least a couple of hours. When I was

asked if I committed those allegations, I said "NO" to all Counts. Then I waited there for the results. Finally the officer giving the test, a gentleman in his mid 50's, white, returned and told me I PASSED the test. Later I was informed by the Latina officer that the case was dropped.

On a different subject, I no longer can afford an attorney in my defense. I retained Charles Pierpoint III (650-349-4653) for $7,500.00 and now that money is spent and I have no more resources. Please have the Court assign me a Federal Public Defender. Mr. Pierpoint has been informed in writing that he is no longer my lawyer. He is dismissed from my case

③

Please have mercy in my case and consider that this is the first time I have ever been in Jail in my life. And that I have been a successful high school teacher at Terra Nova High School in Pacifica for the last 8 years. I received my Master's Degree in Creative Art Education in 1999. I have always been a contributing member of society. The child support for my son Jovani, now 19 years old, was paid in full. I have served on the Board of Directors at the Mission Cultural Center for Latino Arts. If you Google "Carlos Araiza" you will see that I am established as a professional performing artist. In 1997 I was Music Director in the Theatre Arts Dept. at San Francisco State University; Main Stage production.

Thank you for your professionalism. God bless you!

Carlos Araiza
PFN: ULL977

x C. Ara—