JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: andrew.huang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-0214 VRW-JL |
|---|---|
| Plaintiff, | ) |
| | ) UNITED STATES' MOTION TO UNSEAL |
| v. | ) SEARCH WARRANTS AND |
| | ) [PROPOSED] ORDER |
| CARLOS D. ARAIZA, | ) |
| Defendant. | ) |

The United States hereby moves the Court for an order unsealing all Applications and Affidavits for Search Warrant, Search Warrants, and all attachments thereto, relating to this case. Specifically, the government obtained search warrants for the defendant's residence (No. 3:05-70227-JL) and e-mail accounts (No. 3:04-30451-JL) on April 4, 2005 and December 22, 2004, respectively. At the time the search warrants were sought, the government sought and obtained sealing orders based on the sensitivities of the ongoing federal investigation at the time, including the possibility that disclosure of the facts of the investigation would have alerted the target and resulted in the destruction of evidence, thus compromising the investigation. Because the defendant is the sole target of the investigation and to facilitate production of discovery to the defendant, unsealing the search warrants and related documents is appropriate and necessary

UNITED STATES' MOT. UNSEAL & [PROPOSED] ORDER
No. CR 08-0214 VRW

at this time. The government has consulted with defense counsel who does not oppose this motion and supports the government's efforts to unseal the search warrant materials in order to provide them in discovery.

Dated: April 30, 2008

                              Respectfully submitted,

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

                              _/s/_____
                              ANDREW S. HUANG
                              Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, it is hereby ORDERED that the following shall be UNSEALED:

1. Application and Affidavit for Search Warrant, Search Warrant, and all attachments thereto, No. 3:04-30451-JL; and

2. Application and Affidavit for Search Warrant, Search Warrant, and all attachments thereto, No. 3:05-70227-JL.

DATED: _____                            _____
                                                Hon. JAMES LARSON
                                                Chief United States Magistrate Judge