1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Facsimile: (510) 637-3724
        E-Mail: andrew.huang@usdoj.gov
8

9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 08-0214 VRW-JL
                                     )
14              Plaintiff,           )
                                     )   UNITED STATES' MOTION TO UNSEAL
15        v.                         )   SEARCH WARRANTS AND
                                     )   [PROPOSED] ORDER
16  CARLOS D. ARAIZA,                )
                                     )
17              Defendant.           )
    _____)
18

19        The United States hereby moves the Court for an order unsealing all Applications and

20  Affidavits for Search Warrant, Search Warrants, and all attachments thereto, relating to this case.

21  Specifically, the government obtained search warrants for the defendant's residence (No. 3:05-

22  70227-JL) and e-mail accounts (No. 3:04-30451-JL) on April 4, 2005 and December 22, 2004,

23  respectively. At the time the search warrants were sought, the government sought and obtained

24  sealing orders based on the sensitivities of the ongoing federal investigation at the time,

25  including the possibility that disclosure of the facts of the investigation would have alerted the

26  target and resulted in the destruction of evidence, thus compromising the investigation. Because

27  the defendant is the sole target of the investigation and to facilitate production of discovery to

28  the defendant, unsealing the search warrants and related documents is appropriate and necessary

UNITED STATES' MOT. UNSEAL & [PROPOSED] ORDER
No. CR 08-0214 VRW

at this time. The government has consulted with defense counsel who does not oppose this motion and supports the government's efforts to unseal the search warrant materials in order to provide them in discovery.

Dated: April 30, 2008

                                        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        */s/*

                                        ANDREW S. HUANG
                                        Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, it is hereby ORDERED that the following shall be UNSEALED:

1. Application and Affidavit for Search Warrant, Search Warrant, and all attachments thereto, No. 3:04-30451-JL; and

2. Application and Affidavit for Search Warrant, Search Warrant, and all attachments thereto, No. 3:05-70227-JL.

DATED: _____

                                        Hon. JAMES LARSON
                                        Chief United States Magistrate Judge