UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CRIMINAL PRETRIAL MINUTES</u>

<u>VAUGHN R WALKER</u>
United States District Chief Judge

Date:  <u>May 1,  2008 </u>

Case No.  <u>CR 08-0214   VRW</u>

Case Title:  <u>USA v.  CARLOS ARAIZA   (CUSTODY) PRESENT </u>

Attorneys:
   For the Government:  <u>Allison Danner for Andrew Huang </u>

   For the Defendant(s):  <u>Charles Pierpoint III </u>

Deputy Clerk:  <u>Cora Klein </u>                    Reporter: <u> James Yeomans </u>


**PROCEEDINGS**

1)  <u>Motion to withdraw as counsel for the defendant - granted. </u>

2) <u>The matter will be referred to AFPD and put on Mag Judge Chen's criminal calendar  for appointment of counsel </u>


Case Continued to:  <u>5/22/2008  at 2:00 PM </u>    For  Status with New Counsel


**ORDERED AT THE HEARING**

   Time has been  excluded  from the speedy trial act calculation until 5/22/2008 for effective preparation of counsel.


time:

EXCLUDABLE DELAY : <u>Effective preparation of counsel </u>
         Begin:  4/10/08      End: 5/22/08