JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 08-0214 VRW |
|     Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
|   v. | ) EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| CARLOS D. ARAIZA, | ) |
|     Defendant. | ) |

On May 22, 2008, the parties in this case appeared before the Court for a status hearing. At the time, this case was continued to June 19, 2008 for a change of plea hearing. At the time of the May 22, 2008 hearing, the parties agreed that time through the date of the June 19, 2008 change of plea status hearing should be excluded from Speedy Trial Act calculations because, as set forth in more detail here, Assistant Federal Public Defender Steven Kalar was only recently assigned as counsel for the defendant, the defendant's third attorney on this case. Mr. Kalar requires additional time to review certain items of evidence, including computer forensic

1    evidence, in order to adequately advise his client and prepare a defense.  Accordingly, the length

2    of the requested continuance, from the time of this stipulation, May 23, 2008, through the date of

3    the June 19, 2008 status hearing  is the reasonable amount of time necessary for effective

4    preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. §

5    3161(h)(8)(B)(iv).  Furthermore, failure to grant such a continuance would unreasonably deny the

6    defendant continuity of counsel.  Id.  The parties also agree that the ends of justice served by this

7    continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

8    U.S.C. § 3161(h)(8)(A).

9

10   **SO STIPULATED.**

11                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
12

13       5/23/2008                                            /s/
         Date                                   ANDREW S. HUANG
14                                              Assistant United States Attorney

15   **SO STIPULATED.**

16

17       5/23/2008                                            /s/
         Date                                   STEVEN G. KALAR
18                                              Counsel for Defendant Carlos D. Araiza

19

20

21

22

23

24

25

26

27

28

1
2
3                                    **[PROPOSED] ORDER**
4          For the reasons stated during the May 22, 2008 hearing, and for the reasons identified and
5     stipulated above, the Court finds that the ends of justice served by the requested continuance
6     outweigh the best interests of the public and the defendant in a speedy trial.  The Court also finds
7     that time from the date of this Order, May 23, 2008, through June 19, 2008 shall be excluded
8     from Speedy Trial Act calculations for effective preparation and continuity of counsel.  18 U.S.C.
9     § 3161(h)(8)(A).  Failing to grant the requested continuance would deny counsel reasonable time
10    necessary for effective preparation, taking into account the exercise of due diligence, and would
11    result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).
12
13    SO ORDERED.
14
15    DATED:_____
16                                               THE HONORABLE VAUGHN R. WALKER
                                                 Chief United States District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28