UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:  May 22, 2008

Case No.  CR 08-0214 VRW

Case Title:  USA v. CARLOS ARAIZA (CUSTODY) PRESENT

Attorneys:
   For the Government:  Andrew Huang

   For the Defendant(s):  Steven Kalar

Deputy Clerk:  Cora Klein            Reporter: Margo Gurule
                                     USPO:

**PROCEEDINGS**

1)  Appointment of new counsel - granted

2)  Status. Matter continued to 6/19/2008 for change of plea. The defendant agree to exclude time from the speedy trial act for effective preparation and continuity of counsel, gov't to prepare the order for exclusion of time.

Case Continued to:   6/19/2008 at 2:00 PM   For Status/Change of Plea

**ORDERED AT THE HEARING**

EXCLUDABLE DELAY :  Effective preparation and continuity of counsel
Begin:  5/22/08            End: 6/19/08