1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3680
7  Facsimile: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov
8

9  Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,       ) No. CR 08-0214 VRW
                                    )
16 |        Plaintiff,               ) STIPULATION AND [PROPOSED] ORDER
                                    ) EXCLUDING TIME UNDER 18 U.S.C. § 3161
17 |    v.                           )
                                    )
18 | CARLOS D. ARAIZA,               )
                                    )
19 |                                 )
                                    )
20 |        Defendant.               )
                                    )
21 |_____)

22      On May 22, 2008, the parties in this case appeared before the Court for a status hearing.

23 At the time, this case was continued to June 19, 2008 for a change of plea hearing. At the time of

24 the May 22, 2008 hearing, the parties agreed that time through the date of the June 19, 2008

25 change of plea status hearing should be excluded from Speedy Trial Act calculations because, as

26 set forth in more detail here, Assistant Federal Public Defender Steven Kalar was only recently

27 assigned as counsel for the defendant, the defendant's third attorney on this case. Mr. Kalar

28 requires additional time to review certain items of evidence, including computer forensic

1  evidence, in order to adequately advise his client and prepare a defense. Accordingly, the length
2  of the requested continuance, from the time of this stipulation, May 23, 2008, through the date of
3  the June 19, 2008 status hearing is the reasonable amount of time necessary for effective
4  preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. §
5  3161(h)(8)(B)(iv). Furthermore, failure to grant such a continuance would unreasonably deny the
6  defendant continuity of counsel. Id. The parties also agree that the ends of justice served by this
7  continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
8  U.S.C. § 3161(h)(8)(A).

**SO STIPULATED.**

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

  5/23/2008                         /s/
  Date                              ANDREW S. HUANG
                                    Assistant United States Attorney

**SO STIPULATED.**

  5/23/2008                         /s/
  Date                              STEVEN G. KALAR
                                    Counsel for Defendant Carlos D. Araiza

1
2
3                                    **[PROPOSED] ORDER**
4     For the reasons stated during the May 22, 2008 hearing, and for the reasons identified and
5  stipulated above, the Court finds that the ends of justice served by the requested continuance
6  outweigh the best interests of the public and the defendant in a speedy trial.  The Court also finds
7  that time from the date of this Order, May 23, 2008, through June 19, 2008 shall be excluded
8  from Speedy Trial Act calculations for effective preparation and continuity of counsel.  18 U.S.C.
9  § 3161(h)(8)(A).  Failing to grant the requested continuance would deny counsel reasonable time
10 necessary for effective preparation, taking into account the exercise of due diligence, and would
11 result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).
12
13 SO ORDERED.
14
15 DATED: ___May 27, 2008___
16                                                         THE HONORABLE VAUGHN R. WALKER
                                                          Chief United States District Judge



17
18
19
20
21
22
23
24
25
26
27
28