UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:  June 19, 2008

Case No.  CR 08-0214-01  VRW

Case Title:  USA v.  CARLOS D. ARAIZA (CUSTODY) PRESENT

Attorneys:
    For the Government:  Andrew Huang

    For the Defendant(s):  Steven Kalar

Deputy Clerk:  Cora Klein      Reporter: Belle Ball
USPO:

**PROCEEDINGS**

1)  Change of Plea held . The defendant entered a guilty plea to Count One of the Indictment in violation of Title 18 USC 2252 (a)(2) - receipt of child pornography.

2)  Matter referred to probation office for psr. Defendant remanded to custody.

Case Continued to:     9/11/2008  at  2:00  PM      For Sentencing